# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANASTASIOS (TOMMY) KALOMIRIS, | : | CIVIL ACTION NO. 1:08-CV-0539 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| THE MONROE COUNTY SYNDICATE, *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 24th day of April, 2008, upon consideration of *pro se* plaintiff's brief in opposition (Doc. 20) to the motions to dismiss (Docs. 9, 11, 14, 16, 18), and it appearing that the brief contains no legal argument or citations to the legal authorities upon which plaintiff relies, see L.R. 7.8(a) ("Briefs shall contain complete citations of all authorities relied upon. . . ."), it is hereby ORDERED that:

1. Plaintiff's brief in opposition (Doc. 20) is STRICKEN for failure to comply with Local Rule 7.8.

2. Plaintiff shall file, on or before May 12, 2008 a brief in opposition to the motions to dismiss. Plaintiff may file a single brief in opposition to all such motions provided that the brief addresses all arguments raised by defendants. Plaintiff's brief shall include legal argument along with citations to the legal authority upon which plaintiff relies. See L.R. 7.8.

3. Failure to comply with the preceding paragraph may result in the motions to dismiss being granted as unopposed, see L.R. 7.6 (stating that a party who fails to oppose a motion "shall be deemed not to oppose such motion"), or dismissed for failure to prosecute pursuant Poulis v. State Farm Fire & Cas. Co., 747 F.2d 863, 868 (3d Cir. 1984).

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge